1  M NELSON SEGEL, CHARTERED
   M NELSON SEGEL, ESQUIRE
2  Nevada Bar No. 0530
   624 South 9th Street
3  Las Vegas, Nevada 89101-5909
   Telephone (702) 385-5266
4  Facsimile (702) 382-2967
   Email: nelson@nelsonsegel.com
5

6  CHRISTOPHER C. COOKE (Admitted Pro Hac Vice)
   STEVEN R. RUTH (Admitted Pro Hac Vice)
7  MURPHY COOKE KOBRICK LLP
   177 Bovet Road, Suite 600
8  San Mateo, CA 94402
   Tel: (650) 638-2370
9  Fax: (650) 350-4333
   Email:  ccooke@mckllp.com
10          sruth@mckllp.com

11 *Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES P. VOKAC AND STACEY BABA AS TRUSTEES OF THE JAMES P. VOKAC AND STACEY T. BABA INTERVIVOS TRUST, STACEY BABA AND JAMES VOKAC CHARITABLE FOUNDATION, RICHARD H. ROY AND SUSAN J. ROY AS TRUSTEES OF THE RICHARD H. AND SUSAN J. ROY FAMILY TRUST, RICHARD H. ROY AND SUSAN J. ROY AS TRUSTEES OF THE ROY 1996 CHARITABLE TRUST, AND THE ROY CHARITABLE FOUNDATION, <br><br> Appellants, <br><br> vs. <br><br> THOMAS E. QUINLIN, <br><br> Respondent. | CASE NO: 2:17-CV-01132-APG <br><br> **STIPULATION AND ORDER TO DISMISS APPEAL** |

IT IS HEREBY STIPULATED by and between Plaintiffs, acting by and through their attorney, M NELSON SEGEL, ESQUIRE, and Defendant, acting by and through his attorney,

DAVID MINCIN, ESQUIRE, that this Appeal be dismissed, each party to bear their fees and costs herein.

DATED this 4th day of June, 2017.

| M NELSON SEGEL, CHARTERED and MURPHY COOKE KOBRICK LLP | MINCIN LAW, PLLC |
|---|---|
| By /s/ M NELSON SEGEL<br>    M NELSON SEGEL, ESQUIRE<br>    *Attorneys for Plaintiffs* | By DAVID MINCIN<br>    DAVID MINCIN, ESQUIRE<br>    *Attorneys for Defendants* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: August 7, 2017